IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEILA OWENS**                                                                       **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.: 4:13-cv-137-NBB-JMV**

**CROSSMARK, INC.**                                                  **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation [19] of the United States Magistrate Judge dated December 12, 2013, was on that date duly mailed to all counsel via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated December 12, 2013, is hereby approved and adopted as the opinion of the court.

2. That this case is hereby **DISMISSED** without prejudice.

**THIS**, the 3rd day of February, 2014.

                                                         /s/ Neal Biggers
                                                        **NEAL B. BIGGERS**
                                                        **UNITED STATES DISTRICT JUDGE**